IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORRISTOWN ON-SITE, INC.,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **REGIONAL INDUSTRIES, L.L.C.,**<br>            **Defendant.** | **NO.  19-369** |

# O R D E R

**AND NOW**, this 10th day of August, 2020, upon consideration of Plaintiff's Motion for Partial Summary Judgment and briefing in support thereof (ECF Nos. 62, 64, 68 & 72) and Defendant's response in opposition thereto (ECF No. 66), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment for confession of judgment is **DENIED**.

2. In all other respects, Plaintiff's Motion is **GRANTED**.

                                                  **BY THE COURT:**

                                                  */s/ Wendy Beetlestone*

                                                  **WENDY BEETLESTONE, J.**