IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORRISTOWN ON-SITE, INC.,**<br>**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **REGIONAL INDUSTRIES, L.L.C.,**<br>**Defendant.** | **NO. 19-369** |

**O R D E R**

**AND NOW**, this 2nd day of December, 2021, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 130) and Defendant's Response in Opposition thereto (ECF No. 131); and of Plaintiff's Bill of Costs (ECF No. 129) and Defendant's letter brief in opposition thereto (ECF No. 132); and of Plaintiff's Motion to Amend Judgment Pursuant to F.R.C.P. 59(e) (ECF No. 133) and Defendant's Response in Opposition thereto (ECF No. 134); and of Defendant's Motion for Judgment Notwithstanding the Verdict or, in the Alternative, for a New Trial (ECF No. 135) and Plaintiff's Opposition thereto (ECF No. 138); and of Plaintiff's Supplemental Brief Pursuant to this Court's October 5, 2021 Order (ECF No. 139), and Defendant's Supplemental Brief in Opposition (ECF No. 141), it is **HEREBY ORDERED:**

1. Plaintiff's Motion for Attorney's Fees and Costs is **GRANTED IN PART**, and Defendant is **ORDERED** to pay to Plaintiff's Counsel $146,798.00 in attorneys' fees and $12,676.75 in costs.

2. Plaintiff's Motion to Amend Judgment is **GRANTED** and contractual interest of $189,017.32 is hereby **GRANTED**, in addition to the damages awarded by the jury.

3. Defendant's Motion for Judgment Notwithstanding the Verdict or, in the Alternative, for a New Trial is **DENIED**.

        **BY THE COURT:**

        **/S/Wendy Beetlestone, J.**

        _____

        **WENDY BEETLESTONE, J.**